

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:24-CR-112 |
| | ) | |
| KEVIN CHARLES RYCHLIK | ) | |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

THE FIRST ASSISTANT UNITED STATES ATTORNEY CHARGES THAT:

### INTRODUCTORY ALLEGATIONS

1. Defendant KEVIN CHARLES RYCHLIK ("RYCHLIK") resided in Nokesville, Virginia, within the Eastern District of Virginia.

2. From in or about July 2003 through the present, Defendant RYCHLIK owned 100% of American Helicopters, Inc. ("AHI"), a helicopter flight school operated in Manassas, Virginia, within the Eastern District of Virginia. Throughout that same period, RYCHLIK exercised significant control over AHI's financial affairs, including over payroll decisions.

3. From in or about March 1991 through the present, Defendant RYCHLIK owned 100% of Security Associates International Limited ("SAI"), a private security business operated in Manassas, Virginia, also within the Eastern District of Virginia. Throughout that same period, RYCHLIK exercised significant control over SAI's financial affairs, including over payroll decisions.

4. Defendant RYCHLIK also owned and operated other businesses in the Eastern District of Virginia, including Fairfax Armory Inc. ("FAI"), Gun Shop LLC ("GS"), Performance Auto Center Inc. ("PAC"), Rychlik Companies Inc. ("RC"), and Virginia Arms Co. ("VAC"). RYCHLIK's businesses other than SAI and AHI will be referred to collectively as "the other businesses." At all times relevant to this Information, RYCHLIK exercised significant control over the financial affairs of FAI, GS, PAC, RC, and VAC.

5. The Internal Revenue Service ("IRS") was an agency of the United States Department of Treasury responsible for administering the federal tax laws of the United States.

6. The Federal Insurance Contribution Act ("FICA") requires employers to withhold from employees' paychecks Medicare and Social Security taxes. The Internal Revenue Code also requires employers to withhold federal income taxes. Collectively, these withheld taxes will be referred to as "trust fund taxes." Employers are required to remit these withheld, trust fund taxes to the IRS on a quarterly basis, no later than the last day of the month following the end of the quarter. Separately, employers are required to pay an employer portion of Medicare and Social Security taxes. The trust fund taxes along with the employer's portion of taxes will collectively be referred to as "payroll taxes."

7. Employers are required to file with the IRS, on a quarterly basis, an Employer's Quarterly Federal Income Tax Return, Form 941. The Form 941 is due at the end of the month following the end of each calendar quarter and reports the total amount of wages and other compensation subject to withholding, the total amount of income tax withheld, the total amount of FICA taxes withheld, and the total tax deposits or payments tax due.

8.      As the owner and operator of AHI and SAI, RYCHLIK exercised significant control over both AHI's and SAI's payroll and finances. RYCHLIK was a signer on all of AHI's and SAI's bank accounts, and personally signed many of AHI's and SAI's checks. As such, RYCHLIK was a "responsible person," that is, RYCHLIK was a person required to collect, account for on quarterly Forms 941, and pay over to the IRS on behalf of AHI and SAI the trust fund taxes imposed on its employees by the Internal Revenue Code.

9.      From the 2nd Quarter of 2010 through the 4th Quarter of 2014, in the Eastern District of Virginia, RYCHLIK withheld and collected trust fund taxes from AHI employees, but then willfully failed to pay the trust fund taxes, and willfully failed to file Forms 941 with the IRS. Subsequently, through the IRS's civil collections process, RYCHLIK filed untimely Forms 941 for these quarters, and made payments towards his outstanding payroll tax liabilities for some but not all of these quarters.

10.     For the 3rd Quarter of 2019, in the Eastern District of Virginia, RYCHLIK withheld and collected trust fund taxes from AHI employees, only paid a portion of the required taxes for this quarter, and willfully failed to file the Form 941.

11.     From the 4th Quarter of 2019 through at least the 4th Quarter of 2020, in the Eastern District of Virginia, RYCHLIK withheld and collected trust fund taxes from AHI employees, but then willfully failed to pay the trust fund taxes to the IRS, and willfully failed to file the Forms 941 for these quarters.

12.     In sum, as of the date of the execution of this Statement of Facts, the outstanding unpaid balances for AHI's trust fund taxes, and the employer's portion of FICA and Medicare taxes are as follows:

3

| Quarter | Unpaid Trust Fund Taxes | Unpaid Employer Portion of Social Security and Medicare Taxes | Total Unpaid Trust Fund, FICA, and Medicare Taxes |
|---|---|---|---|
| Q3 2010 | $0 | $4,053 | $4,053 |
| Q4 2010 | $22,022 | $9,808 | $31,830 |
| Q1 2011 | $9,781 | $5,004 | $14,785 |
| Q2 2011 | $15,168 | $5,383 | $20,551 |
| Q3 2011 | $16,567 | $6,038 | $22,605 |
| Q4 2011 | $14,622 | $5,758 | $20,380 |
| Q1 2012 | $13,523 | $5,501 | $19,024 |
| Q2 2012 | $14,205 | $5,676 | $19,881 |
| Q3 2012 | $16,123 | $6,400 | $22,523 |
| Q4 2012 | $17,284 | $7,142 | $24,426 |
| Q1 2013 | $15,345 | $7,283 | $22,628 |
| Q2 2013 | $17,736 | $7,955 | $25,691 |
| Q3 2013 | $18,826 | $8,141 | $26,967 |
| Q4 2013 | $20,583 | $8,693 | $29,276 |
| Q1 2014 | $16,755 | $7,254 | $24,009 |
| Q3 2014 | $24,311 | $10,177 | $34,488 |
| Q4 2014 | $22,299 | $9,653 | $31,952 |
| Q2 2015 | $0 | $4,976 | $4,976 |
| Q2 2016 | $0 | $4,570 | $4,570 |
| Q3 2019 | $0 | $5,813 | $5,813 |
| Q4 2019 | $21,770 | $11,239 | $33,009 |
| Q1 2020 | $19,581 | $10,506 | $30,087 |
| Q2 2020 | $11,805 | $6,752 | $18,557 |
| Q3 2021 | $19,182 | $10,855 | $30,037 |
| Q4 2021 | $21,261 | $12,343 | $33,604 |
| **Total Unpaid Trust Fund, FICA, and Medicare Taxes (AHI)** | **$368,749** | **$186,973** | **$555,722** |

## SAI

13. From the 1st Quarter of 2010 through at least the 4th Quarter of 2020, in the Eastern District of Virginia, RYCHLIK withheld and collected trust fund taxes from SAI

4

employees, but willfully failed to pay the trust fund taxes to the IRS, and willfully failed to file SAI Forms 941. In sum, as of the date of the execution of this Statement of Facts, the outstanding balances for AHI's trust fund taxes, and the employer's portion of FICA and Medicare taxes are as follows:

| Quarter | Unpaid Trust Fund Taxes | Unpaid Employer Portion of Social Security and Medicare Taxes | Total Unpaid Trust Fund, FICA, and Medicare Taxes |
|---|---|---|---|
| Q1 2010 | $27,053 | $14,706 | $41,759 |
| Q2 2010 | $27,054 | $14,707 | $41,761 |
| Q3 2010 | $27,054 | $14,707 | $41,761 |
| Q4 2010 | $27,054 | $14,707 | $41,761 |
| Q1 2011 | $21,677 | $12,745 | $34,422 |
| Q2 2011 | $21,678 | $12,746 | $34,424 |
| Q3 2011 | $21,677 | $12,745 | $34,422 |
| Q4 2011 | $21,678 | $12,746 | $34,424 |
| Q1 2012 | $23,474 | $13,259 | $36,733 |
| Q2 2012 | $23,473 | $13,258 | $36,731 |
| Q3 2012 | $23,473 | $13,258 | $36,731 |
| Q4 2012 | $23,473 | $13,258 | $36,731 |
| Q1 2013 | $35,526 | $17,833 | $53,359 |
| Q2 2013 | $35,527 | $17,834 | $53,361 |
| Q3 2013 | $35,527 | $17,834 | $53,361 |
| Q4 2013 | $35,527 | $17,834 | $53,361 |
| Q1 2014 | $36,757 | $17,491 | $54,248 |
| Q2 2014 | $36,757 | $17,490 | $54,247 |
| Q3 2014 | $36,757 | $17,490 | $54,247 |
| Q4 2014 | $36,757 | $17,490 | $54,247 |
| Q1 2015 | $56,200 | $27,568 | $83,768 |
| Q2 2015 | $55,656 | $27,910 | $83,566 |
| Q3 2015 | $51,025 | $25,441 | $76,466 |
| Q4 2015 | $52,762 | $25,045 | $77,807 |
| Q1 2016 | $49,666 | $23,221 | $72,887 |

| Quarter | Unpaid Trust Fund Taxes | Unpaid Employer Portion of Social Security and Medicare Taxes | Total Unpaid Trust Fund, FICA, and Medicare Taxes |
|---|---|---|---|
| Q2 2016 | $49,393 | $23,236 | $72,629 |
| Q3 2016 | $47,605 | $22,845 | $70,450 |
| Q4 2016 | $48,103 | $22,920 | $71,023 |
| Q1 2017 | $46,526 | $23,383 | $69,909 |
| Q2 2017 | $48,046 | $23,887 | $71,933 |
| Q3 2017 | $49,232 | $23,628 | $72,860 |
| Q4 2017 | $48,341 | $23,839 | $72,180 |
| Q1 2018 | $50,572 | $25,935 | $76,507 |
| Q2 2018 | $55,532 | $27,371 | $82,903 |
| Q3 2018 | $53,055 | $27,179 | $80,234 |
| Q4 2018 | $53,382 | $28,129 | $81,511 |
| Q1 2019 | $50,225 | $28,064 | $78,289 |
| Q2 2019 | $56,787 | $31,610 | $88,397 |
| Q3 2019 | $63,611 | $34,528 | $98,139 |
| Q4 2019 | $63,832 | $34,782 | $98,614 |
| Q1 2020 | $65,199 | $35,024 | $100,223 |
| Q2 2020 | $73,510 | $38,296 | $111,806 |
| Q3 2020 | $70,020 | $36,797 | $106,817 |
| Q4 2020 | $54,834 | $30,229 | $85,063 |
| **Total Unpaid Trust Fund, FICA, and Medicare Taxes (SAI)** | **$1,891,067** | **$975,005** | **$2,866,072** |

14. In sum, for both AHI and SAI, RYCHLIK willfully failed to pay approximately $2,259,816 of trust fund taxes and $1,161,978 of the employer's portion of Social Security and Medicare taxes, for a total tax loss of approximately $3,421,794.

6

## COUNT ONE

Paragraphs 1 through 7 and paragraph 9 are incorporated as if alleged herein:

15. RYCHLIK was a person required to collect, account for on quarterly Forms 941, and pay over to the IRS on behalf of SAI the trust fund taxes imposed on its employees by the Internal Revenue Code.

16. On or about July 31, 2020, for the second quarter of the year 2020, which ended on June 30, 2020, in the Eastern District of Virginia, RYCHLIK did willfully fail to truthfully account for, and pay over the trust fund taxes due and owing, of approximately $73,510, to the IRS on behalf of the employees of SAI.

(All in violation of Title 26, United States Code, Section 7202.)

RAJ PAREKH
First Assistant United States Attorney
Attorney for the United States
Acting Under Authority Conferred
By 28 U.S.C. § 515

_____
Kimberly Shartar
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3700