# UNITED STATES DISTRICT COURT CRIMINAL MINUTES

Date: 08/16/24          Judge: Hilton          Reporter: J. Egal
Time: 10:01am - 10:13am                          Interpreter:
                                                 Language:
                                                 **Probation Email**: x
                                                 Jury Email:
                                                 **Pretrial ofc present**

## UNITED STATES OF AMERICA
v.

KEVIN RYCHLIK                                    1:24cr112
Defendant's Name                                 Case Number

Benjamin Eisenstat/Leila Carney          Kimberly Shartar
**Counsel for Defendant:**                **Counsel for Government**

**Matter called for:**
[ ] Arraignment   [X] Pre-Indictment Plea   [ ] Change of Plea   [ ] Motions
[ ] Sentencing    [ ] Revocation Hearing    [ ] Rule 35          [ ] Appeal (USMC)
[ ] Other _____

Deft appeared: [X] in person  [ ] failed to appear  [X] with Counsel  [ ] without Counsel  [ ] through Counsel
**Filed in open court:**
[X] Information  [X] Plea Agreement  [X] Statement of Facts  [X] Waiver of Indictment  [X] Addendum

**Arraignment & Plea:**
[ ] WFA   [X] FA   [X] PG   [ ] PNG   **Trial by Jury:** [ ] Demanded   [ ] Waived
[ ] Days to file Motions with Argument on _____ at _____
[X] Deft entered Plea of Guilty as to Count(s) 1 of the [ ] Indictment -- [X] Criminal Information
[X] Plea accepted, **Guilty Count(s)** 1
[ ] Deft advised of appeal rights
[ ] Order entered in open court    [ ] Order to follow
[ ] Deft directed to USPO for PSI--- [ ] Deft directed to cooperate with USPO for PSI
[X] Case continued to: 01/24/2025 at 10:00am for:
[ ] Jury Trial   [ ] Bench Trial   [X] Sentencing   [ ] Status

**Rule 35:**
[ ] US Rule 35 motion for reduction of sentence: [ ] Granted [ ] Denied
Sentence of _____ Months heretofore imposed is REDUCED to a term of _____

**Probation/Supervised Release Revocation Hearing:**
Defendant [ ] Admits  [ ] Denies violations of the conditions of probation/supervised release
Court:  [ ] finds  [ ] does not find the defendant in violation of the conditions
[ ] Deft is committed to the custody of the BOP to serve a term of _____ months/days

**Deft is:** [ ] In Custody  [ ] Summons Issued  [ ] On Bond  [ ] Warrant Issued  [X] 1st appearance

**Bond Set at**: $ _____   [ ] Unsecured  [ ] Surety  [X] Personal Recognizance
[ ] Release Order Entered  [ ] Deft Remanded  [X] Deft Released on Bond  [ ] Deft Continued on Bond
(with conditions)